■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR DILLARD, Appellant.— Pursuant to stipulation of the parties dated May 24, 1960, appeal withdrawn as academic. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIS EVE, Appellant, against EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— The relator Willis Eve appeals from an order of the Supreme Court, Dutchess County, entered March 4, 1959, dismissing, after a hearing, a writ of habeas corpus and remanding him to the custody of the Warden of Green Haven Prison. Order affirmed, without costs. No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ RAINBOW SHOPS, INC., et al., Respondents, v. ESSEX GREEN, INC., et al., Appellants.— In an action against a corporation for breach of contract (1st cause of action) and against its secretary for fraudulent misrepresentation of his authority to act for said corporation (2d cause of action), the defendant corporation appeals from an order of the Supreme Court, Kings County, entered January 6, 1960, denying its motion for summary judgment dismissing the complaint, and the individual defendant appeals from an order of the same court entered the same day denying his motion for the same relief. Orders affirmed, with $10 costs and disbursements upon each appeal. No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.